United States District Court
Southern District of Texas
**ENTERED**
November 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT COLEMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. H-21-1977 |
| v. | § | (CRIMINAL NO. H-18-689) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-21-1977 is **DISMISSED WITH PREJUDICE.**

For reasons stated in the court's Memorandum Opinion and Order, Plaintiff's request for an evidentiary hearing is **DENIED**.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 5th day of November, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE